Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
Junga P. Kim (SBN 198980)
jkim@reedsmith.com
Jarrad L. Wood (SBN 310688)
jlwood@reedsmith.com
Avraham E. Aizenman (SBN 304663)
eaizenman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213.457.8000
Facsimile:  213.457.8080

*Attorneys for Defendant CareMore Health Plan*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAREMORE HEALTH PLAN, a California general stock corporation and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:23−CV−00240−JLT−SKO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE**<br><br>**(Doc. 4)**<br><br>Judge: Hon. Jennifer L. Thurston<br>Magistrate Judge: Hon. Sheila K. Oberto |

# **ORDER**

Before the Court is Central Valley Medical Group, Inc.'s ("Plaintiff" or "CVMG") and Defendant CareMore Health Plan's ("Defendant" or "CareMore," together with CVMG the "Parties") Stipulation to Continue Responsive Deadlines. (Doc. 4.) Upon consideration of the papers and for good cause shown,

IT IS HEREBY ORDERED that CareMore's responsive pleading deadline is continued until 14 days after either (1) the Court resolves CVMG's anticipated motion for remand, or (2) CVMG advises CareMore in writing that it no longer intends to file a motion for remand.

IT IS SO ORDERED.

Dated:  **February 28, 2023**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE