Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
Junga P. Kim (SBN 198980)
jkim@reedsmith.com
Jarrad L. Wood (SBN 310688)
jlwood@reedsmith.com
Avraham E. Aizenman (SBN 304663)
eaizenman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213.457.8000
Facsimile:  213.457.8080

*Attorneys for Defendant CareMore Health Plan*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAREMORE HEALTH PLAN, a California general stock corporation and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No. 1:23−CV−00240−JLT−SKO<br><br>**[PROPOSED] ORDER APPROVING FILING OF AGREEMENT WITH IDENTIFIED REDACTIONS**<br><br>Honorable Jennifer L. Thurston |

# [PROPOSED] ORDER

Before the Court is Defendant CareMore Health Plan's ("Defendant" or "CareMore") Unopposed Request for Approval to Redact Certain Portions of the CareMore Health Plan Medical Group Health Service Agreement between CareMore and Central Valley Medical Group ("CVMG"), executed on July 10, 2019 ("Agreement") (ECF No. 8).

Upon consideration of the papers and for good cause shown, IT IS HEREBY ORDERED that the Parties are authorized to file a copy of the Agreement with the following redactions (the "Redacted Agreement"):

| Agreement Citation | Page of Agreement | Description of Redaction |
| --- | --- | --- |
| Art. 5, § 5.12 | 13 | Percentage following "and accept" to "of the applicable…" |
| Exhibit 1, § (1)(A) | 25 | Dollar amounts in § (1)(A)(1) and percentages in § (1)(A)(2) |
| Exhibit 4 | 30 | Entirety of Exhibit 4 |

IT IS FURTHER ORDERED that the Parties are authorized to file copies of the Redacted Agreement and/or refer to the Redacted Agreement in the above-captioned matter without seeking additional approval.

IT IS SO ORDERED.

Dated:   **March 1, 2023**

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING FILING OF AGREEMENT WITH IDENTIFIED REDACTIONS