Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
Junga P. Kim (SBN 198980)
jkim@reedsmith.com
Jarrad L. Wood (SBN 310688)
jlwood@reedsmith.com
Avraham E. Aizenman (SBN 304663)
eaizenman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

*Attorneys for Defendant CareMore Health Plan*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAREMORE HEALTH PLAN, a California general stock corporation and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:23−CV−00240−JLT−SKO<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND**<br><br>Honorable Jennifer L. Thurston |

**[PROPOSED] ORDER**

Before the Court is Plaintiff Central Valley Medical Group, Inc.'s ("Plaintiff" or "CVMG") and Defendant CareMore Health Plan's ("Defendant" or "CareMore") Joint Stipulation Requesting Order Setting Briefing Schedule for Plaintiff's Motion to Remand (ECF No. 11).

Upon consideration of the papers and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (ECF No. 10-3) shall be briefed according to the following schedule:

- **March 17, 2023:** Deadline for CareMore to file an opposition to Plaintiff's Motion to Remand;
- **March 20, 2023:** Deadline for CVMG to file a reply in support of its Motion to Remand;
- **March 20, 2023:** Following the filing of the reply (if any), Motion to Remand will be deemed submitted unless the Court sets the Motion to Remand for oral argument by minute order (*see* Standing Order, ECF No. 5 at p. 1).

IT IS FURTHER ORDERED that Plaintiff's *Ex Parte* Application is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 3, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE